Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-3570

OFFICIAL BUSINESS

FILED
NOV 15 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

no scanned

07-687

049J82023030
$00.580
11/07/2007
Mailed From 19801
US POSTAGE

FORWARD TIME EXP RTN TO SEND
STEPHAN+DENNIS
809 ARTHUR SPRINGS LN
NEW CASTLE DE 19720-8773

RETURN TO SENDER

## Utility Events

1:07-cv-00687-UNA Shipman v. State of Delaware et al
PaperDocuments

## U.S. District Court

### District of Delaware

## Notice of Electronic Filing

The following transaction was entered on 11/7/2007 at 3:58 PM EST and filed on 11/7/2007
**Case Name:** Shipman v. State of Delaware et al
**Case Number:** 1:07-cv-687
**Filer:**
**Document Number:** 4

**Docket Text:**
[1:07-cv-687-***]: Please note that, in accordance with the attached standing orders, this case has been designated as one to be assigned to the judge who fills the vacancy left by the elevation of Judge Kent A. Jordan to the United States Court of Appeals for the Third Circuit. Pending assignment, the case has been referred to Magistrate Judge Leonard P. Stark for all pretrial proceedings, pursuant to 28 U.S.C. section 636(b). Please include ***, in place of the Judge's initials, after the case number on all documents filed. (rjb)


**1:07-cv-687 Notice has been electronically mailed to:**

**1:07-cv-687 Notice has been delivered by other means to:**

Dennis Shipman
231-27 Merrick Boulevard
Laurelton, NY 11413

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1079733196 [Date=11/7/2007] [FileNumber=472224-0]
[b9f258df3f57a1e03cf3e88b9cc050d93e8082223142fb9e679328944d5a367b6bd2
93fa259861be51cc598d7882e5048979d8efb185a8ab1eaf6538a7ba2d73]]