

Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-3570

OFFICIAL BUSINESS

FILED
NOV 19 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

FORWARD X110 NFE 1 A05C 00 11/15/07
SHIPMAN'DENNIS EXP RTN TO SEND
809 ARTHUR SPRINGS LN
NEW CASTLE DE 19720-8773

RETURN TO SENDER

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DENNIS SHIPMAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 07-687-*** (LPS) |
| | ) |
| STATE OF DELAWARE, | ) |
| DELAWARE STATE POLICE, | ) |
| CORPORAL NICHOLAS TERRANOVA, | ) |
| TROOPER JOHN DOE, | ) |
| REYNOLDS TOWING, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

At Wilmington this 7th day of November, 2007, the Court having considered the application to proceed without prepayment of fees under 28 U.S.C. § 1915;

IT IS ORDERED that the application is GRANTED.

_____
United States Magistrate Judge

Dennis Shipman
231-27 Merrick Boulevard
Laurelton, NY 11413