Dennis Shipman
231-27 Merrick Boulevard
Laurelton, New York 11413-2111

November 20, 2007

State of Delaware
Justice of the Peace Court
61 Christiana Road
New Castle, Delaware 19801

Dear Clerk:

  Please find enclosed a letter erroneously claiming that I missed an appearance for 2 summonses received by Delaware State Police trooper Vincent or Nicholas Terranova, and that the court *sua sponte* has re-scheduled me to appear on November 24th. I did not miss any such date, and have previously informed this court by certified letter that Trooper Terranova's traffic tickets ought to be consolidated with the 5 disorderly persons offenses for which this court improperly issued an arrest warrant, a summons be issued for the latter charges, and a new court appearance scheduled. I live 210 miles from this court, the traffic as well as the criminal offenses are minor, cannot survive a vigorous defense, and being compelled to drive 210 miles would be both burdensome and onerous. Consequently, I respectfully again ask for the requested relief.

  Thank you.

  Yours,

  Dennis Shipman

cc: Magistrate Judge Leonard P. Stark
    United States District Court
    District of Delaware
    844 North King Street
    Wilmington, Delaware 19801

    Chief Magistrate Alan Davis
    State of Delaware
    Justice of The Peace Court
    500 N. King Street, Ste. 11600
    Wilmington, DE 19801
    302.255.0090
    302.255.2217


FILED NOV 21 2007 U.S. DISTRICT COURT DISTRICT OF DELAWARE

