Dennis Shipman
231-27 Merrick Boulevard
Laurelton, New York 11413-2111
347-251-6140

November 22, 2007



United States District Court District of Delaware
Honorable Leonard P. Stark, DCJM
844 North King Street, Wilmington, Delaware 19801

Re: Shipman v. State of Delaware *et al* 1:07-CiV-00687

Dear Judge Stark:

   A cursory review of PACER shows that the application for an emergency temporary restraining order submitted to the Court on November 17th is still pending, and complained about arrest warrants still outstanding. Plaintiff has by virtue of the underlying civil rights complaint made an affirmative factual showing ". . . of irreparable harm, and immediate danger" as what professional law enforcement agency repeatedly calls a "defendant" not residing in their jurisdiction to answer a warrant for relatively minor disorderly persons offense; or, harass his ex-wife, herself a supervisory peace officer, to the degree she was forced to contact a heretofore unresponsive Delaware State Police Superintendent Col. Thomas Mac Leish. It is positively terrifying, and demonstrates a hidden agenda that may have at its core a scenario in which plaintiff is taken into custody, and then is either injured or killed by Delaware State Troopers who are confederates of defendant Vincent Terranova under the guise of justifiable homocide.

   The warrants are for clearly trumped up – i.e., obscene language, littering, vandalism, destruction of property, and criminal mischief – charges that cannot survive a vigorous defense. They are not for felonies. Therefore, please find attached a Memorandum of law, which clearly establishes the Court's jurisdiction to issue this extraordinary relief being the case law relied upon is a United States Supreme Court precedent that overturned the Supreme Court of Delaware in a startlingly similar matter. After reviewing the memorandum, plaintiff respectfully urges the Court to enjoin the state from executing this fraudulently obtained warrant, so that Delaware State Police a member thereof whom has already maliciously detained and assaulted plaintiff, will cease and desist from leaving threatening, disrespectful voicemails messages. And plaintiff can dispose of the non-criminal matters until the civil rights complaint comes to trial.

Prayfully yours,

Dennis Shipman

cc: Beau Biden, Attorney General



From: D Shipman
231-27 Merrick Blvd
Queens, NY
11413



ReadyPost.
Utility Mailer

To: Clerk USDC
844 N King St
Wilmington DE
19801

FIRST CLASS