# UNITED STATES COURT OF APPEALS
## FOR THE THIRD JUDICIAL CIRCUIT

Dennis Shipman,
Plaintiff-appellant, *Pro Se*

District Court Docket
Civil Case No.: 07-CV-00687
Circuit Court Docket

vs.

The State of Delaware; Delaware State Police;
Corporal Vincent Terranova, *individually and in his official capacity*;
Trooper John Doe, *individually and in his official capacity*; Reynolds Towing
Defendant(s)-appellee(s)

**MOTION TO PROCEED** *IN FORMA PAUPERIS* I request permission to commence an action against the defendant-appellee named above without the payment of fees, costs or security. A proposed complaint is transmitted herewith. In support of this motion I have attached the following:

1. Affidavit in support of Request to *Proceed in Forma Pauperis* relating to my inability to pay costs and fees.

Date: December 2, 2007

Signature: _____

Print Name: Dennis Shipman
Address: 231-27 Merrick Boulevard
City, State, Zip: Laurelton, New York, USA 11413-2111
Telephone: 347-251-6140

## AFFIDAVIT IN SUPPORT OF MOTION TO PROCEED IN FORMA PAUPERIS

I further swear that the responses which I have made to questions and instructions below relating to my ability to pay the cost of proceeding in this action are true.

1. Are you presently employed? Yes  No x

a. If the answer is yes, state the amount of your salary or wages per month, and give the name and address of your employer.

b. If the answer is no, state the date of last employment and the amount of the salary and wages per month which you received 07/31/2005

2. Have you received within the past twelve months any money from any of the following sources?

a. Business, profession or form of self-employment? Yes  No x

b. Rent payments, interest or dividends? Yes  No x

C. Pensions, annuities or life insurance payments? Yes No x

d. Gifts or inheritance? Yes  No x

e. Any other sources? Yes x No

If the answer to any of the above is yes, describe each source of money and state the amount received form each during the past twelve months. FEMA (Please see attached)

3. Do you own any cash, or do you have money in checking or savings account? Yes No x If the answer is yes, state the total value of the items owned.

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? Yes No x If the answer is yes describe the property and state its approximate value.

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support. N/A

I have read and subscribed to the above and swear, under oath, that the information is true and correct. I understand that a false statement or answer to any question in this affidavit will subject me to penalties for perjury.

_____

Dennis Shipman being first duly sworn under oath, presents that he has read and subscribed to the above add states that the information herein is true and correct.

_____

SUBSCRIBED AND SWORN TO before me this
3rd day of December 2007

_____
Notary Public or other person
authorized to administer an oath

SEAL    SININA TALLEY
        Notary Public, State of New York
        No. 01TA5083719
        Certified In Nassau County
        Commission Expires August 16, 2009