OFFICE OF THE CLERK

**MARCIA M. WALDRON**

CLERK

UNITED STATES COURT OF APPEALS

FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA 19106-1790

TELEPHONE

215-597-2995

December 5, 2007

RECEIVED
DEC 12 2007
U.S.C.A. 3rd. CIR

Mr. Dennis Shipman
231-27 Merrick Boulevard
Laurelton, NY 11413

Re: Undocketed in Third Circuit Court of Appeals
(Related to D. Del. No. 07-cv-00687) ✱✱✱-LPS

Dear Mr. Shipman:

This is to acknowledge receipt of your facsimile transmission on December 4, 2007, which included a notice of appeal, a motion to proceed in forma pauperis, and a brief. No action will be taken on these documents and they are being returned to you as this Court does not accept filings by facsimile absent prior authorization by the Clerk. See 3rd Cir. LAR 25.1.

Please be advised that if you wish to appeal a decision of the District Court, a notice of appeal must be filed in the appropriate district court in the first instance. See Federal Rule of Appellate Procedure 3(a).

Very truly yours,

Marcia M. Waldron, Clerk

By:
/s/ Helen A. George
Helen A. George
Motions Attorney

Enclosures

2007 DEC 18 AM 9:52
FILED
CLERK, U.S. DISTRICT COURT
DISTRICT OF DELAWARE