ORIGINAL

# UNITED STATES DISTRICT COURT
### District of Delaware

Dennis Shipman, P
Plaintiff-Appellant, *Pro Se*

District Court Docket
Civil Case No.: 07-CV-00687

vs.

The State of Delaware; Delaware State Police;
Corporal Vincent Terranova, *individually and in his official capacity*;
Trooper John Doe, *individually and in his official capacity*; Reynolds Towing
Defendant(s)-Appellee(s)

## MOTION FOR STAY AND TEMPRORARY RESTRAINING ORDER

Plaintiff-appellant having filed his civil rights complaint for a permanent injunction and other equitable relief in this matter pursuant to §42 USC 1983, now does hereby move this court for a stay of the judgment or order of the District of Delaware pending appeal pursuant to 8(a)(1) Federal Rules of Appellate Procedure.

Dated: January 28, 2008

_____
Dennis Shipman
231-27 Merrick Boulevard
Queens, New York 11413-2111
347-251-6140

FILED
CLERK, U.S. DISTRICT COURT
DISTRICT OF DELAWARE
2008 JAN 28 PH 2:54