OFFICE OF THE CLERK

# UNITED STATES COURT OF APPEALS

Marcia M. Waldron
Clerk

FOR THE THIRD CIRCUIT
21400 United States Courthouse
601 Market Street
Philadelphia, PA 19106-1790

Telephone
267-299-4926

**www.ca3.uscourts.gov**

January 30, 2008

Mr. Peter T. Dalleo, Clerk
U.S. District Court for the District of Delaware
844 King Street
Lockbox 18
Wilmington, DE  19801

**RE: Docket No. 07-4692**
**Shipman vs. State of DE**
**D. C. No. 07-cv-00687**

Dear Mr. Dalleo:

Receipt is acknowledged on 1/28/08, of notice of appeal filed with the district court on 1/28/08, in the above-captioned case.

Since the notice of appeal filed on 1/28/08 merely amends the appeal already docketed at No. 07-4692, this notice will not be given a new number but will be placed in the file.

Very truly yours,
MARCIA M. WALDRON
Clerk

By:   Carolyn Hicks
      Case Manager

cc:    Mr. Dennis Shipman
       Office of Attorney General of Delaware