IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DENNIS SHIPMAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. Action No. 07-687-GMS |
| | ) |
| CORPORAL NICHOLAS TERRANOVA, | ) |
| et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

WHEREAS, the plaintiff, Dennis Shipman, ("Shipman"), filed a complaint without prepayment of the filing fee;

WHEREAS, on February 28, 2008, the court entered an order requiring Shipman to complete and return USM-285 forms for the defendants, and informed Shipman that the United States Marshal would not serve the complaint until all USM-285 forms were received by the Clerk of the Court, and that failure to provide the USM-285 forms within 120 days from the date of the order may result in the complaint being dismissed or defendants being dismissed pursuant to Fed. R. Civ. P. 4(m) (D.I. 24);

WHEREAS, to date, the required USM-285 forms have not been received from Shipman;

THEREFORE, at Wilmington this 31st day of July, 2008, IT IS HEREBY ORDERED that Watson's complaint is DISMISSED WITHOUT PREJUDICE pursuant to Fed. R. Civ. P. 4(m).

_____
CHIEF, UNITED STATES DISTRICT JUDGE

FILED
JUL 3 1 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE